IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOAB ANTHONY SWAYZE                                                                           PLAINTIFF

v.                                    Case No. 6:23-cv-06017

ZACH MARSHALL, JOSH
WALDRUM, & DR. ELKINS                                                                        DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Comstock recommends that Plaintiff's Complaint (ECF No. 2) be dismissed without prejudice because Plaintiff failed to comply with the Court's Local Rules and Orders and failed to prosecute this case.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge